IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: WILLIAM C. & ALICE M. SCHAER ) | |
| ) | |
| JPMORGAN CHASE BANK, NATIONAL ) | |
| ASSOCIATION, SUCCESSOR BY MERGER TO ) | |
| CHASE HOME FINANCE LLC, ) | |
|       Creditor, ) | |
| ) | |
|   vs. ) | CASE NO. 10B55499 |
| ) | JUDGE JACK B. SCHMETTERER |
| WILLIAM C. & ALICE M. SCHAER, ) | |
|                  Debtor ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes JPMorgan Chase Bank, National Association, successor by merger to Chase Home Finance LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the September 1, 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of October 12, 2011.

   a. Attorney's fees                                             $250.00

   b. Payments   (9/11 – 10/11: 2 @ $749.68 each)     $1,499.36

   c. BPO                                                              $78.00

   d. Property Inspections                                     $14.00

   e. BK Atty Fee (POC)                                        $150.00

   **Total**                                                         **$1,991.36**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, JPMorgan Chase Bank, National Association, successor by merger to Chase Home Finance LLC rights to collect these amounts will remain unaffected.

                                            Respectfully Submitted,
                                            JPMorgan Chase Bank, National Association, successor by merger to Chase Home Finance LLC

                                            <u>/s/Christopher M. Brown</u>
                                            Christopher M. Brown
                                            ARDC#6271138

                                            Pierce and Associates, P.C.
                                            1 North Dearborn Street, Ste. 1300
                                            Chicago, Illinois 60602
                                            (312)346-9088